IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICKY LEE GILLAND, | ) |
| Plaintiff | ) |
| vs. | ) CIVIL NO. 2:04-CV-2171-VEH |
| WILLIAM WEBSTER, DERANTE WILLIAMS, WILLIAM ROBINSON, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

After conducting an evidentiary hearing in the above-styled case the magistrate judge filed findings and recommendation on July 14, 2006 recommending that judgment in favor of all defendants enter. On July 27, 2006 plaintiff filed objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and objections filed by plaintiff, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendations are **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, plaintiff's objections are **OVERRULED** and judgment is entered in favor of all defendant. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 2nd day of August, 2006.

*/s/ Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge